GUIDO SAVERI (22349)
R. ALEXANDER SAVERI (173102)
CADIO ZIRPOLI (179108)
GIANNA GRUENWALD (228969)
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile:(415) 217-6812
guido@saveri.com
rick@saveri.com

GARRETT D. BLANCHFIELD, JR.
BRANT D. PENNY
REINHARDT WENDORF &BLANCHFIELD
E-1250 First National Bank Bldg.
332 Minnesota Street
St. Paul, MN 55101
Telephone: (651) 287-2100
Facsimile: (651) 287-2103

Attorneys for Plaintiff Adam Gurno

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GURNO, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL MUSIC GROUP, WARNER MUSIC GROUP CORP., TIME WARNER INC. SONY BMG MUSIC ENTERTAINMENT SONY CORPORATION OF AMERICA, BERTELSMANN, INC., and EMI GROUP PLC,<br><br>Defendants. | Case No.  C 06-04453 MMC<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO CONTINUE THE SCHEDULED CASE MANAGEMENT CONFERENCE**<br><br>Judge:     Hon. Maxine M. Chesney<br>Courtroom:  7 |

[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO CONTINUE THE SCHEDULED CASE MANAGEMENT CONFERENCE; Case No. C 06-4453 MMC

1   Plaintiff's Request to Continue the Scheduled Case Management Conference ("Request") came
2   on without a hearing. The Court has considered the Request, the supporting papers, and all other
3   arguments presented. Good cause appearing, the Court hereby GRANTS Plaintiff's Request and
4   continues the Case Management Conference currently scheduled on October 27, 2006, at 10:30 a.m. to
5   March __9__, 2007. The parties shall file a Joint Case Management Statement no later than March 2, 2007.

7   Dated: __October 25, 2006__.                         _/s/ Maxine M. Chesney_
8                                                        Hon. Maxine M. Chesney
                                                         United States District Judge

Music005

[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO CONTINUE THE SCHEDULED CASE
MANAGEMENT CONFERENCE; Case No. C 06-4453 MMC                                              -2-