A CERTIFIED TRUE COPY
ATTEST
DEC - 4 2006
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

06 CV 14247

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED
NOV 16 2006

JUDGE PRESKA

DEC 1 8 2006
FILED
CLERK'S OFFICE
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DOCKET NO. 1780

FLD 10 of NY
12/8/06

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE DIGITAL MUSIC ANTITRUST LITIGATION*

*Adam Gurno v. Universal Music Group, Inc., et al.,* N.D. California, C.A. No. 3:06-4453 MMC

### CONDITIONAL TRANSFER ORDER (CTO-4)

On August 16, 2006, the Panel transferred five civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2006). Since that time, 16 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Loretta A. Preska.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Preska.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of August 16, 2006, and, with the consent of that court, assigned to the Honorable Loretta A. Preska.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC - 4 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A CERTIFIED COPY
J. MICHAEL McMAHON,      CLERK

BY _____
       Marcos Quintero
       DEPUTY CLERK

UNITED STATES DISTRICT COURT
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, N.Y. 10007
(212)805-0136

**RECEIVED**

DEC 1 8 2006

J. Michael McMahon
Clerk

USDC ND OF CALIFORNIA

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date: 12/8/06

In Re: DIGITAL

MDL    1780

Your Docket #

3:06-4453

S.D. OF N.Y.

06 CV 14247

Dear Sir:

    Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation, transferring the above entitled action presently pending in your court, to the Southern District of New York and assigned to Judge PRESKA for coordinated or consolidated pretrial processing pursuant to 28 USC 1407.

    Please return the copy of this letter when transmitting YOUR FILE and a CERTIFIED COPY OF THE DOCKET SHEET.

Sincerely,
J.Michael McMahon


By:
MDL Unit

UNITED STATES DISTRICT COURT
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, N.Y. 10007
(212)805-0136

**RECEIVED**

DEC 1 8 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

J. Michael McMahon
Clerk

USDC ND OF CALIFORNIA

Date: 12/8/06

In Re: DIGITAL

MDL    1780

Your Docket #

3:06-4453 MMC

S.D. OF N.Y.

06 CV 14247

Dear Sir:

    Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation, transferring the above entitled action presently pending in your court, to the Southern District of New York and assigned to Judge PRESKA for coordinated or consolidated pretrial processing pursuant to 28 USC 1407.

    Please return the copy of this letter when transmitting YOUR FILE and a CERTIFIED COPY OF THE DOCKET SHEET.

Sincerely,
J.Michael McMahon

By:
MDL Unit